## BROWN v. UNITED STATES.
### No. 13627.

Circuit Court of Appeals, Eighth Circuit.
Jan. 13, 1948.

See also 160 F.2d 310.

Submitted on brief for appellant.

R. S. Wilson, U. S. Atty., David R. Boatright, Asst. U. S. Atty., and Chas. A. Beasley, Jr., Asst. U. S. Atty., all of Ft. Smith, Ark., for appellee.

Before SANBORN, JOHNSEN and RIDDICK, Circuit Judges.

PER CURIAM.

The question on the appeal is the same as in Wright v. United States, 8 Cir., 165 F. 2d 405, and King v. United States, 8 Cir., 165 F.2d 408, this date decided.

For the reasons stated in those opinions, the trial court did not err in denying appel-lant's motion to vacate the judgment of conviction and sentence against him on the ground that women had been intentionally and systematically excluded from the panel of grand jurors in the Western District of Arkansas, by which he was indicted.

Affirmed.